UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES F. HYMER,                      :

    Plaintiff                             :    CIVIL ACTION NO. 3:22-1531

    v.                                         :         (JUDGE MANNION)

DR. TIMOTHY KROSS, et al.,        :

    Defendants                         :

## ORDER

**AND NOW,** upon consideration of Plaintiff's February 10, 2023 and April 3, 2023 motions for leave to file an amended complaint, and it appearing that the above captioned action was dismissed on December 28, 2022 pursuant to 28 U.S.C. §1915(e)(2)(B), with leave to amend deemed futile, (Docs. 7, 8), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motions for leave to amend (Docs. 9, 13) are **DENIED**.

2. Plaintiff's motion for appointment of counsel (Doc. 10) is **DISMISSED** as moot.

                                      *s/ Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**DATE: June 22, 2023**
22-1531-01