UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Charles F. Hymer, (Plaintiff)

V.

Dr. Timothy Kross, et al.,
(Defendants)

Civil Action No. 3:22-1531

## NOTICE OF APPEAL

Charles F. Hymer, Plaintiff above named, Appeal to The United States Court of Appeals for the THIRD CIRCUIT from the final Judgement entered on 22 day of June, 2023.

_____ #MN 4391
Charles F. Hymer  #MN 4391

ID # MN 4391
SCI-Dallas
1000 Follies Road
Dallas, PA

FILED
SCRANTON
JUL 3 1 2023
Per _____
DEPUTY CLERK

CC:
Court Clerk
Charles F. Hymer
Judge: Malachy E. Mannion

Date: (7-12-2023)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| CHARLES F. HYMER, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:22-1531 |
| v. | : | (JUDGE MANNION) |
| DR. TIMOTHY KROSS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW,** upon consideration of Plaintiff's February 10, 2023 and April 3, 2023 motions for leave to file an amended complaint, and it appearing that the above captioned action was dismissed on December 28, 2022 pursuant to 28 U.S.C. §1915(e)(2)(B), with leave to amend deemed futile, (Docs, 7, 8), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions for leave to amend (Docs. 9, 13) are **DENIED**.

2. Plaintiff's motion for appointment of counsel (Doc. 10) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 22, 2023**
22-1531-01

# Certificate Of Service

I **Charles F. Hymer,** hereby swear under the penalty of perjury that the attached motion is a true and correct copy and was served upon U.S. District Clerk Of Courts, VIA U.S. Mail.

Date(7-12-2023)

Signature,
Charles F. Hymer

*Chad F. Hymer*

#MN 4391
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

Civil Action No.
(3:22-cv-01531)

CC:
Clerk Of Court
United States District Court
Middle District Of Pennsylvania
William J Nealon Federal BLDG. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Judge: Malachy E. Mannion
United States District Court
Middle District Of Pennsylvania
William J. Nealon Federal BLDG. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

